IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **VISTA PRO AUTOMOTIVE, LLC,** | ) | Case No. 14-09118 |
| | ) | Judge Mashburn |
| Debtor. | ) | Chapter 7 |
| | ) | |
| **VISTA PRO AUTOMOTIVE, LLC** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. 15-90079 |
| | ) | |
| **CONEY ISLAND AUTO PARTS** | ) | |
| **UNLIMITED, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES**

Jeanne Ann Burton, the Chapter 7 Trustee herein (the "Trustee"), files this *Motion to Compel Discovery Responses* (the "Motion") and in support thereof shows this Court as follows:

1. On February 11, 2015, the Trustee filed a Complaint against Defendant Coney Island Auto Parts Unlimited, Inc. (the "Complaint"), thus initiating this adversary proceeding. A default judgment was granted against the Defendant on May 19, 2015.

2. On May 16, 2016, the Trustee served Plaintiff's Post-Judgment Interrogatories and Requests for Production (the "Discovery") on Defendant Coney Island Auto Parts Unlimited, Inc. (the "Defendant").

3. On June 28, 2016, the Trustee's counsel sent a letter to the Defendant (who is unrepresented in this matter) requesting responses to the Discovery by July 8,

2016 and informing it that, in the alternative, the Trustee would be filing a motion to compel. The Trustee has received no response from that communication and, and the Defendant has failed to respond to the Discovery.

5. By this Motion, the Trustee seeks an Order, pursuant to Rule of Civil Procedure 37, made applicable to this matter by Rule of Bankruptcy Procedure 7037, compelling the Defendant to respond to the Discovery propounded to it by the Trustee on May 16, 2016. The Trustee would request responses by no later than August 15, 2016.

6. By his signature below, Trustee's counsel, Phillip Young, certifies that he has in good faith attempted to confer with Defendant in an effort to obtain responses to the Discovery. Such communications have not produced the requested responses, or even a date by which responses could be expected.

WHEREFORE, pursuant to Rule of Civil Procedure 37, made applicable to this matter by Rule of Bankruptcy Procedure 7037, the Trustee respectfully requests the Court to enter an order (i) compelling the Defendant to provide full written responses to the Trustee's Discovery by no later than August 15, 2016; and (ii) granting such other and further relief as the Court finds just and proper.

Respectfully submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
Tel: 615-465-6008
phillip@thompsonburton.com

Attorneys for the Trustee

I hereby certify that a true and correct copy of the foregoing document has been served this 13th day of July, 2016, via United States Mail to:

Coney Island Auto Parts Unlimited, Inc.
ATTN: Daniel Beyda, CEO
2317 McDonald Avenue
Brooklyn, NY 11223

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.