*Randal S. Mashburn*
U.S. Bankruptcy Judge

Dated: 7/22/2022



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) CHAPTER: 7 |
| **VISTA-PRO AUTOMOTIVE, LLC** | ) CASE NO.: 3:14-bk-09118 |
| | ) JUDGE: MASHBURN |
| 22 Century Blvd., Suite 410 | ) |
| Nashville, TN 37214 | ) |
| | ) |
| Debtor. | ) |
| | ) |
| **VISTA-PRO AUTOMOTIVE, LLC** | ) |
| | ) |
| Plaintiff, | ) |
| | ) ADV. PRO. 3:15-ap-90079 |
| v. | ) |
| | ) |
| **CONEY ISLAND AUTO PARTS** | ) |
| **UNLIMITED, INC.** | ) |
| | ) |
| Defendant. | ) |

**AGREED ORDER GRANTING JOINT MOTION
TO CONTINUE HEARING AND EXTEND SCHEDULING DEADLINES**

THIS MATTER IS BEFORE THE COURT upon the *Joint Motion to Continue Hearing and Extend Scheduling Deadlines* (the "Joint Motion") filed by Defendant Coney Island Auto Parts Unlimited, Inc. ("Coney Island") and Plaintiff Vista-Pro Automotive, LLC ("Vista-Pro," and collectively with Coney Island, the "Movants"). In the Joint Motion, the Movants request that, due to certain scheduling issues of the Movants and their counsel, the Court (a) continue the hearing on *Defendant's Motion to Vacate Default Judgment* (the "Motion to Vacate")—currently set for

August 16, 2022—to September 6, 2022 at 10:00 a.m., and (b) continue the response and reply deadlines related to the Motion to Vacate to August 22, 2022 and August 31, 2022, respectively.

The Movants agreeing on the requested continuance and extensions based on the signatures of their respective counsel below, and it appearing to be in the best interest of the parties to continue the hearing date and scheduling deadlines set forth in the Court's *Order Setting Deadlines and Hearing Regarding Motion to Vacate Default Judgment* (Adv. Docket No. 48) (the "Scheduling Order"), it is hereby **ORDERED** as follows:

1. Vista-Pro's deadline for filing a response to the Motion to Vacate is hereby continued to August 22, 2022.

2. Coney Island's deadline for filing a reply in support of the Motion to Vacate is hereby continued to August 31, 2022.

3. Absent a consensual resolution of this matter, the Court shall conduct a hearing on the Motion to Vacate at 10:00 a.m. on September 6, 2022, in Courtroom 1, Customs House, 701 Broadway, Nashville, TN.

IT IS SO ORDERED

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY

/s/ Ned Hildebrand
Henry E. ("Ned") Hildebrand, IV
DUNHAM HILDEBRAND, PLLC
2416 21st Avenue South, Suite 303
Nashville, TN 37212
615.933.5851
ned@dhnashville.com
*Counsel for the Defendant*

/s/ Phillip G. Young, Jr. (with permission)
Phillip G. Young, Jr.
THOMPSON BURTON PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
615-465-6008 (Telephone)
phillip@thompsonburton.com
*Counsel for the Plaintiff*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.