# Department of State
## Division of Corporations

## Entity Information

[Return to Results]  [Return to Search]

### Entity Details

**ENTITY NAME:** CONEY ISLAND AUTO PARTS UNLIMITED, INC.
**DOS ID:** 1064907
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** -
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 03/13/1986
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 03/13/1986
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE DATE
**COUNTY:** KINGS
**NEXT STATEMENT DUE DATE:** 03/31/2020
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

**ENTITY DISPLAY** | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

#### Service of Process Name and Address
**Name:** THE CORPORATION
**Address:** 2317 MCDONALD AVE, BROOKLYN, NY, UNITED STATES, 11223

#### Chief Executive Officer's Name and Address
**Name:** DANIEL BEYDA
**Address:** 2317 MCDONALD AVE, BROOKLYN, NY, UNITED STATES, 11223

#### Principal Executive Office Address
**Address:** 2317 MCDONALD AVE, BROOKLYN, NY, UNITED STATES, 11223

#### Registered Agent Name and Address
**Name:**
**Address:**

#### Entity Primary Location Name and Address
**Name:**
**Address:**

#### Farmcorpflag
**Is The Entity A Farm Corporation:** NO

| Stock Information | | |
|---|---|---|
| **Share Value** | **Number Of Shares** | **Value Per Share** |
| PAR VALUE | 20,000 | $1.00000 |