# Department of State
## Division of Corporations

## Entity Filing History

[Return to Results] [Return to Search]

### Entity Details

**ENTITY NAME:** CONEY ISLAND AUTO PARTS UNLIMITED, INC.
**DOS ID:** 1064907
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** -
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 03/13/1986
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 03/13/1986
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE DATE
**COUNTY:** KINGS
**NEXT STATEMENT DUE DATE:** 03/31/2020
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY | NAME HISTORY | **FILING HISTORY** | MERGER HISTORY | ASSUMED NAME HISTORY

| File Date | Cert Code | Document Type | Description/Amended Information | Page Count | File Number |
|---|---|---|---|---|---|
| 03/12/2018 | 32 | BIENNIAL STATEMENT | | 1 | 180312006416 |
| 03/04/2016 | 32 | BIENNIAL STATEMENT | | 1 | 160304006394 |
| 03/26/2014 | 32 | BIENNIAL STATEMENT | | 1 | 140326006317 |
| 04/26/2012 | 32 | BIENNIAL STATEMENT | | 1 | 120426002461 |
| 09/29/2010 | 32 | BIENNIAL STATEMENT | | 1 | 100929002621 |
| 04/15/2008 | 32 | BIENNIAL STATEMENT | | 1 | 080415002793 |
| 04/04/2006 | 32 | BIENNIAL STATEMENT | | 2 | 060404002733 |
| 11/28/2005 | 32 | BIENNIAL STATEMENT | CHIEF EXECUTIVE OFFICER NAME/ADDRESS,PRINCIPAL EXECUTIVE OFFICE,SERVICE OF PROCESS | 2 | 051128003096 |
| 03/13/1986 | 01 | CERTIFICATE OF INCORPORATION | | 0 | B333120-3 |

Rows per page: All    1-9 of 9