# THOMPSON BURTON PLLC
### ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

One Franklin Park
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
www.thompsonburton.com

Phillip G. Young
phillip@thompsonburton.com

Direct Dial: 615-465-6008

April 20, 2016

Aircore, LLC
ATTN: Stephen Gresalfi, Member
100 Rose Avenue
Hempstead, NY 11550-7300

Re: Judgment against Aircore, LLC: *Vista Pro Automotive, LLC v. Aircore, LLC* (Bankr. M.D. Tenn. Case No. 15-90056)

Dear Mr. Gresalfi:

This firm represents Jeanne Ann Burton, the court-appointed chapter 7 trustee (the "Trustee") for the bankruptcy estate of Vista-Pro Automotive, LLC ("Vista") with regard to the collection of certain judgments, including one against Aircore, LLC.

Enclosed herewith is a Default Judgment entered against Aircore, LLC on August 5, 2015, in the original judgment amount of $98,270.21. As of today, with the per diem interest added, Aircore, LLC owes the Trustee **$101,929.88**. You should contact me immediately to arrange for payment of this amount.

If the amount listed in the paragraph above is not paid in full on or before **May 6, 2016**, the Trustee has instructed this firm to take whatever legal actions we deem necessary to collect this judgment in full, including but not limited to, domestication of this judgment in New York, garnishment of any and all bank accounts, collection of accounts receivable owed Aircore, LLC directly from its customers, and/or repossession of personal property of Aircore, LLC.

I trust that you will give prompt attention to this matter. If you have any questions, please do not hesitate to contact me.

Sincerely,

Phillip G. Young, Jr.

Enclosure