

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Coney Island Auto Parts Unlimited, Inc.
ATTN: Danny Beyda, CEO
2317 McDonald Avenue
Brooklyn, NY 11223-4737

9590 9402 1747 6074 1399 42

2. Article Number (Transfer from service label)
7014 2120 0004 6918 1332

COMPLETE THIS SECTION ON DELIVERY

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# THOMPSON BURTON PLLC
### ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

One Franklin Park
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
www.thompsonburton.com

Phillip G. Young
phillip@thompsonburton.com

Direct Dial: 615-465-6008

August 19, 2016

VIA CERTIFIED MAIL

Coney Island Auto Parts Unlimited, Inc.
ATTN: Daniel Beyda, CEO
2317 McDonald Avenue
Brooklyn, NY 11223

    Re:    Order Compelling Coney Island Auto Parts Unlimited, Inc. to Respond to Discovery: *Vista Pro Automotive, LLC v. Coney Island Auto Parts Unlimited, Inc.* (Bankr. M.D. Tenn. Case No. 15-90079)

Dear Mr. Beyda:

    On May 16, I mailed you a set of discovery related to the above-referenced matter. I have subsequently sent you correspondence regarding that discovery which was ignored. I was forced to file a motion to compel you to respond to discovery, to which no response was filed.

    Enclosed herewith is an Order from the United States Bankruptcy Court for the Middle District of Tennessee directing you to respond to the discovery (which I again enclose for your reference) by no later than September 1, 2016. Please note that, should you ignore this Order, you might be subject to a finding of contempt and a sanctions award. Please govern yourself accordingly.

    I remain willing to discuss a resolution to the judgment rendered against you should you wish to resolve this matter without further litigation.

                                      Sincerely,

                                      Phillip G. Young, Jr.

Enclosure

_Randal S. Mashburn_
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 8/16/2016



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **VISTA PRO AUTOMOTIVE, LLC,** ) | Case No. 14-09118 |
| ) | Judge Mashburn |
| Debtor. ) | Chapter 7 |
| ) | |
| **VISTA PRO AUTOMOTIVE, LLC** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro. 15-90079 |
| ) | |
| **CONEY ISLAND AUTO PARTS** ) | |
| **UNLIMITED, INC.,** ) | |
| ) | |
| Defendant. ) | |

### ORDER COMPELLING DEFENDANT TO RESPOND TO DISCOVERY

Upon consideration of the motion of the Plaintiff to compel the Defendant, Coney Island Auto Parts Unlimited, Inc,., to respond to Plaintiff's Post-Judgment Interrogatories and Requests for Production (the "Discovery") in connection with the above-styled matter; and it appearing to the Court that the relief sought by the Plaintiff is warranted; and it appearing to the Court that no objections have been filed; it is hereby

**ORDERED** that the Defendant, Coney Island Auto Parts Unlimited, Inc., fully and completely respond to the Discovery by no later than September 1, 2016; and it is further

**ORDERED** that this Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

This Order was signed and entered electronically as indicated at the top of the first page.

**APPROVED FOR ENTRY:**

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
Tel: 615-465-6008
phillip@thompsonburton.com

Attorneys for the Plaintiff

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

2

Case 3:15-ap-90079  Doc 52-6  Filed 08/22/22  Entered 08/22/22 16:24:11  Desc
Case 3:15-ap-90079  Doc 26  Filed 08/17/16  Entered 08/17/16 07:55:30  Desc Main
Exhibit 6  Page 4 of 4
Document  Page 2 of 2