*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 9/2/2022



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | CHAPTER: 7 |
| **VISTA-PRO AUTOMOTIVE, LLC** | ) | CASE NO.: 3:14-bk-09118 |
| | ) | JUDGE: MASHBURN |
| 22 Century Blvd., Suite 410 | ) | |
| Nashville, TN 37214 | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| **VISTA-PRO AUTOMOTIVE, LLC** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ADV. PRO. 3:15-ap-90079 |
| v. | ) | |
| | ) | |
| **CONEY ISLAND AUTO PARTS UNLIMITED, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING MOTION TO CONTINUE HEARING
### AND ALLOW FOR HEARING TO BE CONTUCTED VIA ZOOM

THIS MATTER IS BEFORE THE COURT upon the *Motion to Continue Hearing and Allow for Hearing to be Conducted Via Zoom* (the "Motion") filed by Defendant Coney Island Auto Parts Unlimited, Inc. ("Coney Island") related to the hearing on *Defendant's Motion to Vacate Default Judgment* (the "Motion to Vacate") filed by Coney Island. The Motion to Vacate is presently set for in-person hearing on September 6, 2022 at 10:00 a.m.

In the Motion, Coney Island request that, due to (a) the distance of its lead counsel admitted *pro hac vice* in this matter to the Court, (b) the lack of any live testimony to be presented at the hearing on the Motion to Vacate, and (c) the Trustee's consent to having the Motion to Vacate heard and argued via Zoom, the Court continue the hearing on the Motion to Vacate to September 20, 2022 at 10:00 a.m. and allow the parties the option to participate and argue via Zoom videoconferencing.

For the reasons set forth in the Motion and based on the Trustee's consent to Coney Island's requested relief in the Motion, the Court finds the Motion to be well-taken. Accordingly, it is hereby **ORDERED** as follows:

1. The hearing on the Motion to Vacate is hereby continued to September 20, 2022 at 10:00 a.m. Counsel may appear in person in Courtroom 1, Customs House, 701 Broadway, Nashville, TN or via Zoom video. Meeting ID 161 2444 4713. Zoom link: https://www.zoomgov.com/j/16124444713. Please visit www.tnmb.uscourts.gov.

IT IS SO ORDERED

---

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

---

APPROVED FOR ENTRY

/s/ Ned Hildebrand
Henry E. ("Ned") Hildebrand, IV
DUNHAM HILDEBRAND, PLLC
2416 21st Avenue South, Suite 303
Nashville, TN 37212
615.933.5851
ned@dhnashville.com
*Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2022, the foregoing was filed via CM/ECF and served electronically on all parties entitled to service thereby.

/s/ Ned Hildebrand
Henry E. ("Ned") Hildebrand, IV

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:15-ap-90079    Doc 56    Filed 09/02/22    Entered 09/02/22 16:47:26    Desc Main
Document      Page 3 of 3