IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | CHAPTER: 7 |
| **VISTA-PRO AUTOMOTIVE, LLC** | ) | CASE NO.: 3:14-bk-09118 |
| | ) | JUDGE: MASHBURN |
| 22 Century Blvd., Suite 410 | ) | |
| Nashville, TN 37214 | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| **VISTA-PRO AUTOMOTIVE, LLC** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ADV. PRO. 3:15-ap-90079 |
| v. | ) | |
| | ) | |
| **CONEY ISLAND AUTO PARTS UNLIMITED, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S EXHIBIT LIST FOR HEARING ON MOTION TO VACATE

Defendant Coney Island Auto Parts Unlimited, Inc. ("Coney Island") hereby discloses its exhibit list in connection with the hearing on *Defendant's Motion to Vacate Default Judgment* currently set for September 20, 2022 at 10:00 a.m. (the "Hearing").

### EXHIBIT LIST

Coney Island identifies each of the exhibits uploaded to the Court's EESA platform in advance of the Hearing as Defendant's Exhibits 2001-2013, each of which was attached to Coney Island's *Memorandum of Law in Support of Defendant's Motion Pursuant to Federal Bankruptcy Rule of Procedure 9024 and Rules of Civil Procedure 60(b)(4) and 55(c) to Vacate Default Judgment*.

1

Dated: September 16, 2022                    Respectfully Submitted:

/s/ Ned Hildebrand
Henry E. ("Ned") Hildebrand IV
DUNHAM HILDEBRAND, PLLC
2416 21st Avenue South, Suite 303
Nashville, TN 37212
629.777.6519
ned@dhnashville.com


Outside Counsel:

Daniel Ginzburg
*Admitted Pro Hac Vice*
The Ginzburg Law Firm, P.C.
151 Highway 516, Unit 736
Old Bridge, NJ 08857
(732) 284-3841
daniel@ginzburglawfirm.com

*Counsel to Defendant*
*Coney Island Auto Parts Unlimited, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2022, a true and correct copy of the foregoing was electronically filed and served via the Court's CM/ECF system upon all parties who have filed a written request for notices.

/s/ Henry E. ("Ned") Hildebrand, IV
Henry E. ("Ned") Hildebrand, IV

2

Case 3:15-ap-90079   Doc 57   Filed 09/16/22   Entered 09/16/22 14:44:26   Desc Main
Document    Page 2 of 2