## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **VISTA PRO AUTOMOTIVE, LLC,** | ) | Case No. 14-09118 |
| | ) | Judge Mashburn |
| Debtor. | ) | Chapter 7 |
| | ) | |
| **VISTA PRO AUTOMOTIVE, LLC** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | Adv. Pro. 15-90079 |
| | ) | |
| **CONEY ISLAND AUTO PARTS** | ) | |
| **UNLIMITED, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

### TRUSTEE'S WITNESS AND EXHIBIT LIST
### FOR SEPTEMBER 20, 2022 HEARING ON MOTION TO VACATE

Comes now the Plaintiff and Chapter 7 Trustee, Jeanne Ann Burton ("Trustee"), by and through undersigned counsel, and hereby gives notice of the witnesses she may call, and exhibits she may introduce, at the September 20, 2022 hearing on the Defendant's Motion to Vacate:

### WITNESS LIST

1.      The Trustee reserves the right to call any witnesses identified by the Defendant or any other party in interest, and any other witnesses needed to rebut evidence offered by the Defendant or any other party in interest.

### EXHIBIT LIST

1.      Any and all documents previously filed with the Court in this matter including, but not limited to, the Complaint filed in this matter, all motions for default judgment, all certificates of service, all motions to compel, and all orders granting motions to compel.

2.      Any and all exhibits attached to the Trustee's Objection to the Motion to Vacate.

3.      Any and all exhibits identified by the Defendant.


DATED:  September 16, 2022


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
(615) 465-6008
phillip@thompsonburton.com

Attorneys for Trustee